■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN M.E., Appellant. [901 NYS2d 895]—Appeal from an adjudication of the Genesee County Court (Robert C. Noonan, J.),

rendered June 22, 2009. The adjudication revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Lindley and Pine, JJ.